PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MOORE and<br>KENDRA DENNAOUI,<br><br>Defendants. | CASE NOS. 2:22-CR-0118-TLN;<br>2:23-CR-0236-TLN<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>CURRENT DATE: June 6, 2024<br>DATE: September 19, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-CR-0118-TLN).

2. Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No. 2:23-CR-0236-TLN).

3. By previous order, defendants' sentencing hearing was set for June 6, 2024.

4. The parties have not yet received the Draft Presentence Report ("PSR") from the Probation Office for either defendant, which was due on April 25, 2024.

5. The Probation Officer has not yet scheduled an interview with Defendant DENNAOUI, but has indicated that the Officer will be available to schedule the interview in June.

6. Additionally, counsel for defendants desire additional time to consult with their clients, conduct legal research, and devise sentencing arguments.

7. By this stipulation, the parties now move to continue the sentencing hearing until September 19, 2024, and to set the following sentencing schedule:

    a) Draft PSR Disclosed: August 8, 2024

    b) Informal Objections Due: August 22, 2024

    c) Final PSR Disclosed: August 29, 2024

    d) Motions for Correction: September 5, 2024

    e) Reply Due: September 12, 2024

    f) Sentencing Date: September 19, 2024

IT IS SO STIPULATED.

Dated: May 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: May 20, 2024

/s/ *Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
DENNIS MOORE

Dated: May 20, 2024

/s/ *Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant
KENDRA DENNAOUI

STIPULATION CONTINUING SENTENCING HEARING     2

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of May, 2024.

Troy L. Nunley
United States District Judge

1