PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MOORE and<br>KENDRA DENNAOUI,<br><br>Defendants. | CASE NOS. 2:22-CR-0118-TLN;<br>               2:23-CR-0236-TLN<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>CURRENT DATE: September 19, 2024<br>[PROPOSED] DATE: January 9, 2025, at 9:30 a.m.<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-CR-0118-TLN).

2.   Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No. 2:23-CR-0236-TLN).

3.   By previous order, defendants' sentencing hearing was set for September 19, 2024.

4.   The defendants have each recently received new counsel:

   a)   On March 14, 2024, Randy Sue Pollock became the new counsel for defendant DENNAOUI.

   b)   On July 19, 2024, Tamara Crepet became the new counsel for defendant MOORE.

5.   The Probation Officer has not yet had an interview with either defendant.

STIPULATION CONTINUING SENTENCING HEARING         1

6. Counsel for defendants desire additional time to consult with their clients, conduct legal research, and devise sentencing arguments.

7. By this stipulation, the parties now move to continue the sentencing hearing until January 9, 2025, at 9:30 a.m., and to set the following sentencing schedule:

      a) Draft PSR Disclosed: November 21, 2024

      b) Informal Objections Due: December 5, 2024

      c) Final PSR Disclosed: December 12, 2024

      d) Motions for Correction: December 19, 2024

      e) Reply Due: January 2, 2025

      f) Sentencing Date**: January 9, 2025, at 9:30 a.m.**

IT IS SO STIPULATED.

Dated: August 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: August 8, 2024

/s/ *Tamara Crepet*
TAMARA CREPET
Counsel for Defendant
DENNIS MOORE

Dated: August 8, 2024

/s/ *Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant
KENDRA DENNAOUI

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of August 2024.

_____
Troy L. Nunley
United States District Judge

1