1  MICHELE BECKWITH
   Acting United States Attorney
2  VERONICA M.A. ALEGRÍA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              CASE NOS.  2:22-CR-0118-TLN;
                                                     2:23-CR-0236-TLN
11                        Plaintiff,
                                          STIPULATION CONTINUING SENTENCING
12            v.                          HEARING; ORDER

13 DENNIS MOORE and                       CURRENT DATE: March 20, 2025
   KENDRA DENNAOUI,                       DATE: October 9, 2025
14                                        TIME: 9:30 a.m.
                         Defendants.      COURT: Hon. Troy L. Nunley
15

16

17                              **STIPULATION**

18       1.    Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-

19 CR-0118-TLN).

20       2.    Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No.

21 2:23-CR-0236-TLN).

22       3.    By previous order, defendants' sentencing hearing was set for March 20, 2025.

23       4.    The defendants have each recently received new counsel:

24            a)    On March 14, 2024, Randy Sue Pollock became the new counsel for defendant

25 DENNAOUI.

26            b)    On July 19, 2024, Tamara Crepet became the new counsel for defendant

27 MOORE.

28       5.    The Probation Officer has not yet had an interview with either defendant.

   STIPULATION CONTINUING SENTENCING HEARING        1

1    6.    Counsel for defendants desire additional time to consult with their clients, conduct legal

2  research, devise sentencing arguments, and seek additional discovery related to the victims' loan

3  applications.

4    7.    Additionally, defense counsel for defendant MOORE has a trial starting July 28, 2025,

5  that is estimated to continue through September.

6    8.    By this stipulation, the parties now move to continue the sentencing hearing until October

7  9, 2025, and to set the following sentencing schedule:

8    a)    Draft PSR Disclosed:  August 28, 2025

9    b)    Informal Objections Due:  September 11, 2025

10    c)    Final PSR Disclosed:  September 18, 2025

11    d)    Motions for Correction:  September 25, 2025

12    e)    Reply Due:  October 2, 2025

13    f)    Sentencing Date:  **October 9, 2025, at 9:30 a.m.**

14    IT IS SO STIPULATED.

15

16  Dated: March 6, 2025                MICHELE BECKWITH
                                         Acting United States Attorney

17

18                                       /s/ *Veronica M.A. Alegría*
                                         VERONICA M.A. ALEGRÍA
                                         Assistant United States Attorney

19

20

21  Dated: March 6, 2025                /s/ *Tamara Crepet*
                                         TAMARA CREPET
                                         Counsel for Defendant
22                                       DENNIS MOORE

23

24  Dated: March 6, 2025                /s/ *Randy Sue Pollock*
                                         RANDY SUE POLLOCK
                                         Counsel for Defendant
25                                       KENDRA DENNAOUI

26

27

28

STIPULATION CONTINUING SENTENCING HEARING          2

1

**ORDER**

2      IT IS SO FOUND AND ORDERED this 6th day of March 2025.

3

4

5

6      _____

7      TROY L. NUNLEY
       CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1