RANDY SUE POLLOCK, Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Email: rsp@rspollocklaw.com

Counsel for Defendants MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>KENDRA DENNAOUI<br><br>    Defendants. | No. 2:23-CR-236 TLN<br><br>STIPULATION AND ORDER TO VACATE SENTENCING HEARING AND TO SET STATUS HEARING |

Defendants Dennis Moore and Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for October 9, 2025, at 9:30 a.m. may be vacated and a status conference may be set for November 6, 2025, at 9:30 a.m. The reason for the request is because the parties are evaluating recently discovered facts developed through defense investigation that will bear on the direction of the case. In addition, the defense continues to investigate based on the facts uncovered through its investigation thus far, and this investigation may also bear on the direction of the case.

//
//
//
//
//

STIPULATION AND ORDER
 23-CR-236 – United States v. Kendra Dennaoui

IT IS SO STIPULATED.

Dated: October 3, 2025 _____/s/_____
Randy Sue Pollock
Counsel for Defendant Dennaoui

Dated: October 3, 2025 Eric Grant
United States Attorney
_____/s/_____
Veronica Alegria
Assistant United States Attorney

## **ORDER**

Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Dennaoui's sentencing hearing set for October 9, 2025, at 9:30 a.m. be vacated and that status conferences be set for defendant Dennaoui on November 6, 2025, at 9:30 a.m.

IT IS SO ORDERED.

DATED: October 6, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE