RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorneys for Defendant
KENDRA DENNAOUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-236-TLN |
| Plaintiff, | |
| v. | **WAIVER OF APPEARANCE UNDER FR.CRIM.P. 43; ORDER** |
| KENDRA DENNAOUI | Hearing Date:  November 6, 2025<br>Hearing Time: 9:30 a.m. |

### **WAIVER OF APPEARANCE**

Defendant hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in her absence.  Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C.§3161-3174), and she has authorized her undersigned attorney to set times for

WAIVER OF APPEARANCE PURSUANT TO FR.CRIM.P.43
UNITED STATES V. DENNAOUI, CR. 23-236-TLN

hearings and to agree to delays under the provisions of the Speedy Trial Act without being present.

The original signed copy of this document will be kept in counsel's file.

Date: October 28, 2025                    /s/ *RANDY SUE POLLOCK*
                                          RANDY SUE POLLOCK
                                          Counsel for Defendant Kendra Dennaoui

SO ORDERED:

Dated: October 29, 2025                   _____
                                          Troy L. Nunley
                                          Chief United States District Judge

WAIVER OF APPEARANCE PURSUANT TO FR.CRIM.P.43
UNITED STATES V. DENNAOUI, CR. 23-236-TLN