RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENDRA DENNAOUI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NO. 2:23-cr-236-TLN** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO SET NEW BRIEFING SCHEDULE FOR MOTION TO WITHDRAW PLEA** |
| KENDRA DENNAOUI, | |
| Defendant. | |
| / | |

Defendant Kendra Dennaoui, by and through her counsel Randy Sue Pollock, and Assistant United States Attorney Veronica Alegria, respectfully request that a briefing schedule, as proposed below, be set for defendant's Motion to Withdraw Plea.

Defendant's motion would be filed by Thursday, December 18, 2025

Government opposition would be filed by December 22, 2025

Reply Brief, if necessary, would be filed by January 2, 2026

Hearing is January 15, 2026 at 9:30 a.m.

Date:  December 17, 2025                    Respectfully submitted,


/s/*RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for defendant Kendra Dennaoui

*STIPULATION AND ORDER TO SET BRIEFING SCHEDULE*
UNITED STATES VS. DENNAOUI, CR. 23-236-TLN

1  Date: December 17, 2025              /s/ VERONICA ALEGRIA
2                                       Assistant United States Attorney
3

4      **So Ordered**.

5  Dated:  December 17, 2025
6                                       _____
                                        Troy L. Nunley
7                                       Chief United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28