RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:  510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Counsel for Defendant DENNAOUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:23-cr-236-TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE** |
| KENDRA DENNAOUI, | |
| Defendant. | |

On December 18, 2025, the Court set a briefing schedule on Defendant Moore's Motion to Withdraw Plea. ECF 38. The schedule contemplated a hearing on the motion on January 8, 2026 which was subsequently moved to January 15, 2026. ECF 34. In light of the additional time and the holidays, defendant Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that Defendant Dennaoui's reply, which was due on January 2, 2026, may be filed on January 9, 2026.

//
//
//
//

STIPULATION AND ORDER
  22-CR-118 – *United States v. Dennis Moore*

IT IS SO STIPULATED.

Dated: December 30, 2025

/s/ *RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Defendant Dennaoui

Dated: December 30, 2025

Eric Grant
United States Attorney
/s/ *VERONICA ALEGRIA*
VERONICA ALEGRIA
Assistant United States Attorney

### **ORDER**

Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Dennaoui's Reply may be filed on January 9, 2026.

DATED: December 30, 2025

_____
Troy L. Nunley
Chief United States District Judge