RANDY SUE POLLOCK, Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:  510-763-9967
Email: rsp@rspollocklaw.com

Counsel for Defendant Dennaoui

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

KENDRA DENNAOUI

       Defendants.

**No. 2:23-CR-236 TLN**

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

Defendant Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for April 30, 2026 at 9:30 a.m. may be continued to July 16, 2026 at 9:30 a.m. The reason for the continuance is that the parties are gathering data relevant to loss and restitution that will bear significantly on the case.

The parties have conferred with Probation and they are available on June 25, 2026 and have no objection to this date.

The new deadlines attendant to the sentencing will be:

| | |
|---|---|
| **Informal objections to the PSR:** | **Thursday, June 18** |
| **Final PSR submitted to Court**: | **Thursday, June 25** |
| **Formal objections filed**: | **Thursday, July 2** |
| **Sentencing memoranda**: | **Thursday, July 9** |

IT IS SO STIPULATED.


Dated: April 17, 2026                    */s/RANDY SUE POLLOCK*
                                         RANDY SUE POLLOCK
                                         Counsel for Defendant Dennaoui


Dated: April 17, 2026                    ERIC GRANT
                                         United States Attorney

                                         */s/VERONICA ALEGRIA*
                                         VERONICA ALEGRIA
                                         Assistant United States Attorney


## ORDER

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for April 30, 2026, at 9:30 a.m. be continued to **July 16, 2026, at 9:30 a.m.**


IT IS SO ORDERED.

DATED: April 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
 23-CR-236 – United States v. Kendra Dennaoui