RANDY SUE POLLOCK, Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:  510-763-9967
Facsimile:   510-380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENDRA DENNAOUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>KENDRA DENNAOUI<br><br>       Defendants. | **No. 2:23-CR-236 TLN**<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

Defendant Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for July 16, 2026, at 9:30 a.m. may be continued to July 30, 2026 at 9:30 a.m. The reason for the continuance is because the final PSR was not filed until July 1st which did not leave counsel sufficient time to file the formal objections.

The parties have conferred with Probation and they are available on July 30th and have no objection to this date.

The new deadlines attendant to the sentencing will be:

**Formal objections filed**:          **Thursday, July 16**

**Reply filed**:                   **Thursday, July 23**

**Sentencing Memorandum filed**       **Thursday, July 23**

IT IS SO STIPULATED.


Dated: July 6, 2026                              /s/ RANDY SUE POLLOCK
                                                 RANDY SUE POLLOCK
                                                 Counsel for Defendant Dennaoui


Dated: July 6, 2026                              /s/VERONICA ALEGRIA
                                                 VERONICA ALEGRIA
                                                 Assistant United States Attorney

## **ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for July 16, 2026 at 9:30 a.m. be continued to July 30, 2026 at 9:30 a.m.


**IT IS SO ORDERED.**

DATED: July 7, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING
 23-CR-236 – United States v. Kendra Dennaoui