RANDY SUE POLLOCK, Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENDRA DENNAOUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KENDRA DENNAOUI<br><br>Defendants. | **No. 2:23-CR-236-TLN**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND BRIEFING SCHEDULE** |

Defendant Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing, currently set for July 30, 2026, at 9:30 a.m. may be continued to September 24, 2026, at 9:30 a.m. The reason for the continuance is that Ms. Dennaoui had hip replacement surgery on June 30th, and her doctor has advised her that she should not attend any court appearance for 90 days.

The parties have agreed to the following schedule:

**PSR Objection Reply Due**: **September 3, 2026**

**Sentencing Memorandum Due**: **September 10, 2026**

**Sentencing Hearing:** **September 24, 2026**

IT IS SO STIPULATED.

Dated: July 6, 2026

*/s/ RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Defendant Dennaoui

Dated: July 6, 2026

/s/*VERONICA ALEGRIA*
VERONICA ALEGRIA
Assistant United States Attorney

**ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for July 30, 2026, at 9:30 a.m. be continued to September 24, 2026, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: July 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE