RANDY SUE POLLOCK, Bar No. 64493
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Email: rsp@rspollocklaw.com

Counsel for Defendant Dennaoui

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENDRA DENNAOUI

Defendant.

No. 2:23-CR-236 TLN

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

Defendant Kendra Dennaoui, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for September 24, 2026 at 9:30 a.m. may be continued to October 1, 2026 at 9:30 a.m. The continuance is necessary because counsel for the defendant in the related case, *United States v. Moore*, No. 22-CR-118, is unavailable on September 24, 2026. The two cases involve overlapping sentencing issues, and the sentencing hearing in *Moore* is being continued to the same date, so that hearing the two matters together conserves the resources of the Court.

///

///

///

///

The parties have conferred with Probation and they are available on October 1, 2026 and have no objection to this date.

IT IS SO STIPULATED.

Dated: August 25, 2026

/*s/Randy Sue Pollock*
Randy Sue Pollock
Counsel for Defendant Dennaoui

Dated: August 25, 2026

Eric Grant
United States Attorney
*/s/ Veronica Alegria*
Veronica Alegria
Assistant United States Attorney

**ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for September 24, 2026, at 9:30 a.m. be continued to October 1, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 26, 2026

Troy L. Nunley
Chief United States District Judge