ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DENNIS MOORE, Defendant. | CASE NO. 2:22-CR-0118-TLN |
| UNITED STATES OF AMERICA, Plaintiff, v. KENDRA DENNAOUI, Defendant. | CASE NO. 2:23-CR-0236-TLN<br><br>AMENDED[1] STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>CURRENT DATE: September 31, 2026<br>[PROPOSED] DATE: November 12, 2026, at 9:30 a.m<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-CR-0118-TLN).

2. Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No. 2:23-CR-0236-TLN).

[1] This amends the previously-filed stipulation continuing the sentencing hearing to November 5, 2026, as the parties have now been informed that the Court is unavailable on that date.

3. By previous order, defendants' sentencing hearings were set for September 31, 2026. All briefs relevant to the sentencing hearings have been filed.

4. According to information relayed to defense counsel:

a) On September 29, 2026, MOORE was suffering health issues and visited his primary care physician. Based on her assessment of MOORE, she recommended that he go to the hospital.

b) MOORE went to the emergency room of the hospital on or about September 29 and 30, 2026.

c) MOORE's primary care physician wrote a Medical Excuse Note addressed to the U.S. District Court that her recommendation was that MOORE should be excused due to his medical health for 30 days, or until October 30, 2026.

5. In order to preserve judicial resources and so that any victims who wish to speak at the sentencing hearing do not have to do so twice, defendant DENNAOUI's sentencing hearing should also be continued to the same date as defendant MOORE's,

6. By this stipulation, the parties now move to continue the sentencing hearing until **November 12, 2026, at 9:30 a.m.**

IT IS SO STIPULATED.

Dated: September 30, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: September 30, 2026

/s/ *Tamara Crepet*
TAMARA CREPET
Counsel for Defendant
DENNIS MOORE

Dated: September 30, 2026

/s/ *Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant
KENDRA DENNAOUI

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of September, 2026.

Troy L. Nunley
Chief United States District Judge